## WALTER STEEN v. STATE.

No. A-77. Opinion Filed May 28, 1910.

(109 Pac. 1118.)

*Appeal from Tulsa County Court; N. J. Gubser, Judge.*

Walter Steen was convicted of violating the prohibition law, and sentenced to pay a fine of $250 and to be imprisoned in the county jail for a period of 90 days. From an order overruling a motion for a new trial, he appeals. Appeal dismissed.

*Davidson & Malloy,* for plaintiff in error.
*Fred S. Caldwell,* for the State.

PER CURIAM. The record in this case discloses the service of no notice of appeal upon either the county judge, the clerk of the county court, or the county attorney. For that reason the state has filed a motion to dismiss the appeal herein, to which motion plaintiff in error has filed no response. The motion is well taken, and will be sustained. It is therefore ordered that the purported appeal herein be and the same is hereby dismissed, and that a

mandate issue to the county court of Tulsa county, directing said court to enforce its judgment and sentence herein.